JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL RHAMBO,<br><br>        Plaintiff,<br><br>    vs.<br><br>JERRY MADAIN; and DOES 1 to 10,<br><br>        Defendants. | Case No.: CV 23-7334-GW-PDx<br><br>**ORDER GRANTING DISMISSAL OF THE ENTIRE ACTION** |

[PROPOSED] ORDER

Based on the request from Plaintiff and for good cause shown:

IT IS HEREBY ORDERED that the entire action be dismissed without prejudice with the Court to retain jurisdiction up until May 16, 2024.

SO ORDERED.

DATED: April 16, 2024

_____
HON. GEORGE H. WU,
United States District Judge